**Order entered June 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01613-CV

## MIKOB PROPERTIES, INC., ALLAN KLEIN, AND MITCHELL KOBERNICK, Appellant

### V.

## DAVID JOACHIM, INTERNATIONAL REALTY CONCEPTS, INC., AND H.S. JOACHIM FAMILY LIMITED PARTNERSHIP LTD., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01602**

## ORDER

Appellant's Motion for Extension of Time to File Motion for Rehearing is **GRANTED**.

Any motion for rehearing shall be filed by July 3, 2015.

/s/      BILL WHITEHILL
JUSTICE